KENTUCKY SECRETARY OF STATE

CERTIFICATE OF AUTHORIZATION

GENESY INDUSTRIAL CORP.


**EXHIBIT 2**



Third-party Defendant Timothy Fackler's

Motion to Dismiss Pursuant to FED. R. CIV. P. 12(b)(2) and (b)(3)

(ECF No. 48)

# Commonwealth of Kentucky
## Michael G. Adams, Secretary of State

Michael G. Adams
Secretary of State
P. O. Box 718
Frankfort, KY 40602-0718
(502) 564-3490
http://www.sos.ky.gov

### Certificate of Authorization

Authentication number: 294620
Visit https://web.sos.ky.gov/ftshow/certvalidate.aspx to authenticate this certificate.

I, Michael G. Adams, Secretary of State of the Commonwealth of Kentucky, do hereby certify that according to the records in the Office of the Secretary of State,

## GENESYS INDUSTRIAL CORP.

, a corporation organized under the laws of the state of Missouri, is authorized to transact business in the Commonwealth of Kentucky, and received the authority to transact business in Kentucky on July 17, 2002.

I further certify that all fees and penalties owed to the Secretary of State have been paid; that an application for certificate of withdrawal has not been filed; and that the most recent annual report required by KRS 14A.6-010 has been delivered to the Secretary of State.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Official Seal at Frankfort, Kentucky, this 24th day of July, 2023, in the 232nd year of the Commonwealth.



Michael G. Adams
Secretary of State
Commonwealth of Kentucky
294620/0540861