# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

SINDOK CO., LTD,

    Plaintiff,

v.

GENESYS INDUSTRIAL CORP.,

    Defendant.

Case No. 4:22-cv-00613-GAF

## CERTIFICATE OF SERVICE

Plaintiff Sindok Co., LTD, by the undersigned counsel, certifies that on January 5, 2024, it served Plaintiff's Rule 26(a) Supplemental Disclosures by electronic mail to:

    Peter M. Spingola
    Jim Kestler
    psingola@chapmanspingola.com
    jkestler@chapmanspingola.com

    *Attorneys for Defendant Genesys Industrial Corp.*

    /s/ A. Alexander DeMasi
    Alan L. Rupe, MO # 56013
    A. Alexander DeMasi, MO # 70527
    LEWIS BRISBOIS BISGAARD & SMITH LLP
    4600 Madison Avenue, Suite 700
    Kansas City, Missouri 64112
    Telephone: (816) 299-4244
    Facsimile: (816) 299-4245
    alan.rupe@lewisbrisbois.com
    alexander.demasi@lewisbrisbois.com

    *Attorneys for SINDOK CO., LTD*

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2024, the above Certificate of Service was filed using the Court's electronic filing system which sent notice to all counsel of record.

    /s/ A. Alexander DeMasi
    A. Alexander DeMasi